**Dismissed and Memorandum Opinion filed December 14, 2017.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-17-00568-CV

---

## DONALD G. MACPHAIL AND CONNIE MACPHAIL, Appellants

## V.

## LI PINGNENG AND HUANG CHIN-CHIH, Appellees

---

**On Appeal from the County Court at Law No. 2
Williamson County, Texas
Trial Court Cause No. 17-0796-CC2**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed June 15, 2017. The notice of appeal was filed June 23, 2017. To date, our records show that appellants have not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207 (West 2013).

On November 7, 2017, this court ordered appellants to pay the appellate filing fee on or before November 22, 2017, or the appeal would be dismissed. Appellants have not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Boyce, Jamison, and Brown.